# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>MERCURY COMPANIES, INC.,<br>a Colorado corporation<br>EIN: 84-1008321<br><br>Debtor. | Case No. 08-23125<br>Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| *SEE ATTACHED LIST* | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Jerrold G. Hauptman, Chief Executive Officer of the company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: August 28, 2008.

                                              Jerrold G. Hauptman
                                              Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

8948\9000\1180257.1

| Shareholder | Address | City | State | Zip Code | Class | Number of Securities |
|---|---|---|---|---|---|---|
| Jerrold G. Hauptman and Patricia L. Hauptman | 1515 Arapahoe St., Tower 1 #1400 | Denver | CO | 80202 | A-Voting | 214 |
| Jerrold G. Hauptman and Patricia L. Hauptman | 1515 Arapahoe St., Tower 1 #1400 | Denver | CO | 80202 | B-Nonvoting | 501,675 |
| Erik Faust (received 1 share from Patty and Jerry 8.12.04) | 1226 Alta Vista Rd., Apt D | Santa Barbara | CA | 93103 | B-Nonvoting | 1 |
| Mary Howe | 17430 W. 54th Place | Golden | CO | 80403 | B-Nonvoting | 218,675 |
| Riley Hauptman/c/o Regan Hauptman | 15234 W 51st Place | Golden | CO | 80403 | B-Nonvoting | 91 |
| Elizabeth Hauptman | 2534 Marion Street | Denver | CO | 80205 | B-Nonvoting | 44 |
| Haley Hauptman Pouchot | 2727 Hood Street, #107 | Dallas | TX | 75219 | B-Nonvoting | 197 |
| Patrice Hauptman | 476 Jefferson Street, Apt 403 | Brooklyn | NY | 11237 | B-Nonvoting | 87 |
| Heather Hauptman | 7523 Lupine Ct | Arvada | CO | 80005 | B-Nonvoting | 300 |
| Megan Hauptman | 2985 Quitman Street | Denver | CO | 80212 | B-Nonvoting | 170 |
| Holly Bristol | 7593 Lupine Ct | Arvada | CO | 80007 | B-Nonvoting | 40 |
| Charles Regan Hauptman | 15234 W 51st Place | Golden | CO | 80403 | B-Nonvoting | 347 |
| Paul R. Hauptman | 9468 W. 58th Ave | Arvada | CO | 80002 | B-Nonvoting | 813,675 |
| Ryan Howe | 2619 Quitman Street | Denver | CO | 80212 | B-Nonvoting | 36 |
| Michael Howe | 15827 W 74th Place | Arvada | CO | 80007 | B-Nonvoting | 21 |
| Carrie Howe Evans | 15444 W. 51st Place | Golden | CO | 80403 | B-Nonvoting | 82 |
| Mercury Companies, Inc., Profit Sharing Plan | 1515 Arapahoe St., Tower 1 #1400 | Denver | CO | 80202 | A-Voting | 720 |
| Mercury Companies, Inc., Profit Sharing Plan | 1515 Arapahoe St., Tower 1 #1400 | Denver | CO | 80202 | B-Nonvoting | 1,571 |
| Louise Hauptman Irrevocable Trust--Paul R. Hauptman, Trustee | 1515 Arapahoe St., Tower 1 #1400 | Denver | CO | 80202 | A-Voting | 9,000 |
| Paul F. Hauptman Irrevocable Trust--Jerrold G. Hauptman, Trustee | 1515 Arapahoe St., Tower 1 #1400 | Denver | CO | 80202 | A-Voting | 9,000 |
| Gibraltar Realty | 232 W 13th Ave. | Denver | CO | 80204 | A-Voting | 90 |
| Gibraltar Realty | 232 W 13th Ave. | Denver | CO | 80204 | B-Nonvoting | 90 |
| The First American Corporation, c/o Thomas Wawersich | 2 First American Way | Santa Ana | CA | 92707 | A-Nonvoting Preferred | 5,000 |
| The First American Corporation, c/o Thomas Wawersich | 2 First American Way | Santa Ana | CA | 92707 | B-Nonvoting Preferred | 75,000 |