**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-23125 MER |
| MERCURY COMPANIES, INC. ) | |
| EIN: 84-1008321 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

**NOTICE PURSUANT TO LOCAL BANKRUTPCY RULE 202 OF OFFICIAL UNSECURED CREDITORS' COMMITTEE'S APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEYS (JESSOP & COMPANY, P.C.)**

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on October 28, 2008, Jessop & Company, P.C. ("Jessop") filed its Official Unsecured Creditors' Committee's Application for Order Approving Employment of Attorneys (Jessop & Company, P.C.) (the "Application"). The Application requests that the Court approve the employment of Jessop as local bankruptcy counsel for the Unsecured Creditors' Committee in this case. Jessop will charge reasonable fees and expenses for its services, based on the normal hourly rates charged by the members of the firm, as modified from time to time, with all fees and expenses of the firm subject to review by this Court in accordance with applicable law. Jessop has not received any retainer for its services. Jessop does not represent or hold any interest adverse to Debtors or the estates in the matters upon which it is to be retained or in any other matters; does not have any connections to Debtors, creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee; and is a disinterested person within the meaning of 11 U.S.C. § 101(14).

A copy of the Application is available for inspection in the Office of the Clerk of the United States Bankruptcy Court, United States Customs House, 721 19th Street, Denver, Colorado 80203, between the hours of 8:00 o'clock a.m. and 4:30 o'clock p.m. or upon request from the undersigned attorney.

Pursuant to Rule 202 of the Local Rules of Bankruptcy Procedure, if you desire to oppose this action, you must file a written objection and request for a hearing with the Court on or before **November 20, 2008**, and serve a copy thereof on the undersigned counsel at the address noted below. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections or requests for hearing will not be considered by the Court.

In the absence of a timely and substantiated request for hearing by an interested party, the Court may approve or grant the aforementioned Application without any further notice to creditors or other interested parties.

DATED this 28th day of October, 2008.

>JESSOP & COMPANY, P. C.
>
>By: /s/ Lars H. Fuller
>    Douglas W. Jessop, #13299
>    Lars H. Fuller, #26051
>303 East 17th Avenue, Ste. 930
>Denver, CO 80203
>Phone:  (303) 860-7700
>Facsimile:  (303) 860-7233
>dwjessop@jessopco.com
>lhfuller@jessopco.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2008, a true and correct copy of the foregoing **NOTICE PURSUANT TO LOCAL BANKRUTPCY RULE 202 OF OFFICIAL UNSECURED CREDITORS' COMMITTEE'S APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEYS (JESSOP & COMPANY, P.C.)** was served by deposit in the United States mail, postage prepaid, addressed to those persons on the attached list..

>By: /s/ Barbara Moss