## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>MERCURY COMPANIES, INC., ET AL<br><br>Debtors. | Bankruptcy Case Nos. 08-23125, 08-26825, 08-26827, 08-26829, 08-26831, 08-26834, 08-26837<br><br>Jointly Administered Under<br>Case No. 08-23125 MER<br><br>Chapter 11 |

### ORDER APPROVING EMPLOYMENT OF GENERAL AVIATION SERVICES, L.L.C. AS AIRCRAFT BROKER FOR MERCURY COMPANIES, INC.

Before the Court is the Application to Employ General Aviation Services, L.L.C. as Aircraft Broker for Mercury Companies, Inc. (the "Application") pursuant to 11 U.S.C. §§ 327(a) and 328.  Good cause being shown therefor, the Application is approved and the employment of General Aviation Services, L.L.C. is approved as of the date of the Application.

Dated: November 14, 2008.

BY THE COURT:

_____
Michael E. Romero
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: cosior                Page 1 of 1                  Date Rcvd: Nov 17, 2008
Case: 08-23125                Form ID: pdf904             Total Served: 35
```

The following entities were served by first class mail on Nov 19, 2008.
```
db          +Mercury Companies, Inc.,   1515 Arapahoe Street,   Tower 1, Suite 1400,   Denver, CO 80202-3150
aty         +David Balter,   455 Golden Gate Ave., 9th Flr.,   San Francisco, CA 94102-7002
aty         +Kathleen A. Odle,   633 17th Street,   Suite 3000,   Denver, CO 80202-3622
aty         +Philip G. Vermont,   5000 Hopyard Road,   Suite 400,   Pleasanton, CA 94588-3148
aty         +Thomas M. Haskins,   1801 York Street,   Denver, CO 80206-1213
aty         +Timothy A. Bortz,   625 Cherry Street - Room 203,   Reading, PA 19602-1152
crcm        +James William Moody,   11108 Rocky High,   Camarillo, CA 93012-9078
cr          +Lisa English,   c/o Wagner & Jones LLP,   1111 E Herndon Ste 317,   Fresno, CA 93720-3100
crcm        +Michael D. O'Leary,   2710 So. Interlocken Drive,   Evergreen, CO 80439-8872
crcm        +Patricia Winegar,   c/o Jeffrey Weinman, Esq.,   730 17th Street,   #240,   Denver, CO 80202-3506
cr          +Shoal Creek No. 3, LLC,   C/o Henry & Jones, LLP,   2902 Carlisle Street, Suite 150,
              Dallas, TX 75204-4077
cr          +State Labor Commissioner,   c/o David Balter, Esq.,   455 Golden Gate Ave., 9th Flr.,
              San Francisco, CA 94102-7002
intp         Texas Department of Insurance,   c/o Abigail Ryan, Esq.,   POB 149104,   Austin, TX  78714-9104
crcm        +Timothy Sullivan,   1 First American Way,   Santa Ana, CA 92707-5913
crcm        +Virginia G. Johnson,   2240 S. Miller Court,   Lakewood, CO 80227-6547
10267877    +April Martin,   c/o Summer D. Peard,   Maire & Beasley,   2851 Park Marina Dr., Ste. 300,
              Redding, CA 96001-2813
10259853    +Awalt, Robert M.,   5011 Highgrove Court,   Granite Bay, CA 95746-7101
10259862    +B.M. Tonkin, Inc.,   c/o Kristina Reed, Trainor Fairbrook,   980 Fulton Avenue,
              Sacramento, CA 95825-4558
10260397    +DiChiacchio, Joseph N.,   32503 Southshore Place,   Westlake Village, CA 91361-5519
10260495    +English, Lisa,   c/o Nicholas Wagner,   1111 E. Herndon, Suite 317,   Fresno, CA 93720-3100
10260554    +First American Corporation,   Attn: Kenneth D. DeGiorgio,   One First American Way,
              Santa Ana, CA 92707-5913
10260645    +Gaudreau, Daniel M.,   11585 Las Polamas Drive,   Frisco, TX 75034-4743
10260689    +Gonsales, Edward,   C/O Mark B. Simpkins,   85 Enterprise, Suite 470,
              Aliso Viejo, CA 92656-2614
10260819    +Harritt, John J.,   1701 38th Street,   Sacramento, CA 95816-6715
10267883    +Irene and John Jones,   c/o Jonathan Quint, Esq.,   3911 Harrison St.,   Oakland, CA 94611-4536
10261019     Johnson, Virginia G.,   2240 South Miller Court,   Lakewood, CO  80227-6547
10261177    +Lawyer, Patricia,   14945 Anillo Way,   Rancho Murieta, CA 95683-9420
10261245    +Longo, John,   5 Purple Plum,   Littleton, CA 80127-2628
10261482    +Moody, James W.,   11108 Rocky High Rd,   Camarillo, CA 93012-9078
10261506     Morrison and Foerster LLP,   Attn: Guy Mejia-Accounting,   555 W. 5th Street, Suite 3500,
              Los Angeles, CA 90013-1024
10261617    +O'Leary, Michael D.,   2710 South Interlocken Drive,   Evergreen, CO 80439-8872
10267849    +Pitney Bowes Global Finan'l Svcs, LLC,   c/o Richard A. Solomon, Esq.,
              12651 High Bluff Drive, Ste 300,   San Diego, CA 92130-2023
10262090    +Smith, Jeanne,   10063 Oak Springs Trail,   Franktown, CO 80116-8127
10267784    +Timeka Clay and Dellfinia Hardy,   c/o Chaune Williams,   1300 Clay Street, Ste. 600,
              Oakland, CA 94612-1427
10262479    +Wilson, David D.,   35 Club Court,   Alpharetta, GA 30005-7423
```

The following entities were served by electronic transmission on Nov 18, 2008.
```
aty          +E-mail/Text: dbalter@dir.ca.gov                            David Balter,
              455 Golden Gate Ave., 9th Flr.,   San Francisco, CA 94102-7002
cr           +E-mail/Text: dbalter@dir.ca.gov                            State Labor Commissioner,
              c/o David Balter, Esq.,   455 Golden Gate Ave., 9th Flr.,   San Francisco, CA 94102-7002
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Michael D. O'Leary
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 19, 2008**                              **Signature:**     _Joseph Speetjens_