**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re<br><br>MERCURY COMPANIES, INC., ET AL<br><br>Debtors. | Bankruptcy Case Nos. 08-23125, 08-26825, 08-26827, 08-26829, 08-26831, 08-26834, 08-26837<br><br>Jointly Administered Under<br>Case No. 08-23125 MER<br><br>Chapter 11 |

**MOTION FOR AN ORDER SHORTENING NOTICE OF MOTION FOR AN ORDER (I) AUTHORIZING THE SALE OF SHARE OF TITLE PLANT FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES AND (II) APPROVING STOCK PURCHASE AGREEMENT**

Mercury Companies, Inc., ("Mercury") and Arizona Title Agency, Inc. ("AZTA"), (collectively, the "Debtors"), submit this Motion for an Order Shortening Notice of Motion for an Order (I) Authorizing the Sale of Share of Title Plant Free and Clear of all Liens, Claims, Interests and Encumbrances and (II) Approving Stock Purchase Agreement and state as follows:

1. Contemporaneously with this Motion, the Debtors have filed a Motion for an Order (I) Authorizing the Sale of Share of Title Plant Free and Clear of all Liens, Claims, Interests and Encumbrances and (II) Approving Stock Purchase Agreement (the "Sale Motion").

2. Rule 2002(a)(2) requires a 20-day notice period to parties in interest for approval of a sale or settlement unless the Court, for cause shown, shortens that time period.

3. With respect to notice of the Sale Motion and any objection thereto, the Debtors seek to shorten the notice period under Rule 2002(a)(2) from 20 days to 11 days, plus three days for mailing, for an objection date of December 22, 2008.

4. The Sale Motion seeks authority to sell AZTA's share in Title Plant Corporation and related personal property (collectively, the "Share"). The Share represents an ownership interest in assets of Title Plant Corporation and is subject to a Shareholders' Agreement dated as of June 21, 1988 (the "Shareholders' Agreement"). Title Plant Corporation operates a business known as a "title plant" in Pima County, Arizona. Ownership of a share in Title Plant Corporation permits the owner access to certain real estate records for Pima County. Pursuant to the Shareholders' Agreement, ownership of a share is limited to title companies authorized to do business in Pima County.

5. Given the state of the economy and, in particular, the state of the real estate market in Arizona, the Share is a wasting asset. The Debtors are concerned that if the Sale

8948\12\1223823.1

Motion is not approved on a shortened timeline, the buyer of the Share might be unable or unwilling to close.

  6. No party in interest will be prejudiced by shortening the notice required by Rule 2002(a)(2) and L.B.R. 202.

  **WHEREFORE**, the Debtors request that the Court enter an Order granting the relief requested in this Motion and such other relief as is just and proper.

  Dated: December 8, 2008.

        **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

        /s Daniel J. Garfield
        Michael J. Pankow, #21212
        Daniel J. Garfield, #26054
        410 17th Street, Suite 2200
        Denver, Colorado 80202
        Telephone: (303) 223-1100
        Facsimile: (303) 223-1111
        mpankow@bhfs.com
        dgarfield@bhfs.com

        *Attorneys for Mercury Companies, Inc. and proposed attorneys for Arizona Title Agency, Inc.*

## CERTIFICATE OF MAILING

I hereby certify that on this 8th day of December, 2008, a true and correct copy of the **MOTION FOR AN ORDER SHORTENING NOTICE OF MOTION FOR AN ORDER (I) AUTHORIZING THE SALE OF SHARE OF TITLE PLANT FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES AND (II) APPROVING STOCK PURCHASE AGREEMENT** was sent via U.S. Mail, postage prepaid, and properly addressed to the following:

| | |
|---|---|
| Office of the U.S. Trustee<br>999 18th Street, Suite 1551<br>Denver, CO 80202 | The First American Corporation<br>Attn: Parker S. Kennedy<br>One First American Way<br>Santa Ana, CA 92707 |
| US Bancorp Equipment Finance, Inc.<br>P. O. Box 230789<br>Portland, OR 97281-0789 | Lisa English<br>Patricia Winegar<br>c/o Nicholas Wagner<br>Wagner & Jones<br>111 E. Herndon, Suite 317<br>Fresno, CA 93720 |
| James W. Moody<br>11108 Rocky High Road<br>Camarillo, CA 93012 | Edward Gonsales<br>c/o Bridgford & Gleason<br>Mark B. Simpkins<br>85 Enterprise, Suite 470<br>Aliso Viego, CA 92656-2614 |
| Joseph N. DiChiacchio<br>32503 Southshore Place<br>Westlake Village, CA 91361 | David D. Wilson<br>35 Club Court<br>Alpharetta, GA 30005 |
| WRI Golden State<br>c/o Weingarten Realty Investors<br>Attn: Jenny J. Hyun, Esq.<br>2600 Citadel Plaza Drive<br>Houston, TX 77008 | Timeka Clay & Dellfinia Hardy<br>c/o Chaune Williams<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612 |
| B.M. Tonkin, Inc.<br>c/o Trainor Fairbrook<br>Kristina Reed<br>980 Fulton Avenue<br>Sacramento, CA 95825 | Robert M. Awalt<br>5011 Highgrove Court<br>Granite Bay, CA 95746 |
| Daniel M. Gaudreau<br>11585 Las Polamas Drive<br>Frisco, TX 75034 | Virginia G. Johnson<br>2240 South Miller Court<br>Lakewood, CO 80227 |

| | |
|---|---|
| Morrison & Forester LLP<br>555 W. 5th Street, Suite 3500<br>Los Angeles, CA 90013-1024 | John J. Harritt<br>1701 38th Street<br>Sacramento, CA 95816 |
| Pitney Bowes Global Financial Services,<br>c/o Richard A. Solomon<br>Solomon Grindle<br>12651 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | John Longo<br>5 Purple Plum<br>Littleton, CO 80127 |
| April Martin<br>19347 Jacqueline Street<br>Anderson, CA 96007 | Patricia Lawver<br>14945 Anillo Way<br>Rancho Murieta, CA 95683 |
| Jean Smith<br>10063 Oak Springs Trail<br>Franktown, CO 80116 | Irene and John Jones<br>c/o Jonathan Quint<br>Law Offices of Jonathan Quint<br>3911 Harrison Street<br>Oakland, CA 94611 |
| Internal Revenue Service<br>Attn: Insolvency Unit<br>1999 Broadway, MS 5012 DEN<br>Denver, CO 80202-3025 | Colorado Department of Revenue<br>Attn: Bankruptcy Unit<br>1375 Sherman Street, Room 504<br>Denver, CO 80261 |
| Securities and Exchange Commission<br>Denver Regional Office<br>1801 California, Suite 1500<br>Denver, CO 80202-2656 | Colorado Division of Insurance<br>Attn: Marcy Morrison<br>1560 Broadway, Suite 850<br>Denver, CO 80202 |
| Mercury Companies<br>1515 Arapahoe Street<br>Tower 1, Suite 1400<br>Denver, CO 80202 | Thomas M. Haskins, III<br>Silver & DeBoskey<br>1801 York Street<br>Denver, CO 80206 |
| Holly R. Shilliday<br>Snell & Wilmer, LLP<br>1200 Seventeenth Street, Suite 1900<br>Denver, CO 80202 | Douglas W. Jessop<br>Lars H. Fuller<br>303 E. 17th Avenue, Suite 930<br>Denver, CO 80203 |
| William A. Richey<br>730 17th Street, Suite 240<br>Denver, CO 80202 | State Labor Commissioner<br>c/o David Balter, Esq.<br>455 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102 |

| | |
|---|---|
| Carl A. Eklund<br>Ballard, Spahr, Andrews & Ingersoll, LLP<br>1225 17th Street, Suite 2300<br>Denver, CO 80203 | Lauri Griffith<br>P. O. Box 493755<br>Redding, CA 96049 |
| Westwind Holdings, LLC<br>Daryl A. Wolfswinkel<br>4159 W. Milky Way<br>Chandler, AZ 85226 | Max Taylor<br>Assistant City Attorney/Municipal Operations<br>201 West Colfax Avenue, Dept. 1207<br>Denver, CO 80202-5332 |
| Weingarten/Miller Lowry II LLC<br>GDC Lowry, LLC<br>Attn: Jenny J. Hyun, Esq.<br>2600 Citadel Plaza Drive<br>Houston, TX 77008 | Michael D. O'Leary<br>2710 S. Interlock Drive<br>Evergreen, CO 80439 |
| Timothy Sullivan<br>1 First American Way<br>Santa Ana, CA 92707 | Rosalie A. Johnson<br>7941 Papago Way<br>Antelope, CA 95843 |
| Michael L. Jones<br>Henry & Jones, LLP<br>2902 Carlisle Street, Suite 150<br>Dallas, TX 75204 | Patricia Winegar<br>c/o Jeffrey Weinman, Esq.<br>730 – 17th Street, Suite 240<br>Denver, CO 80202 |
| Frank F. McGinn<br>Bartlett Hackett Feinburg PC<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 | Four Seas Property Management LLC<br>c/o Teresa H. Foster<br>Ellis & Baker, PC<br>7301 N. 16th Street, Suite 102<br>Phoenix, AZ 85020 |
| Tommy E. Blackwell<br>c/o John Zavitanos<br>Ahmad, Zavitanos & Anaipakos, P.C.<br>1221 McKinney Street, Suite 100<br>Houston, TX 77010-2009 | Title Data, Inc.<br>1225 North Loop West, Suite 950<br>Houston, TX 77008-4722 |
| James T. Hilbun<br>3314 Far View Drive<br>Austin, TX 78730 | Richard J. Radigan<br>5711 Darmondale<br>San Antonio, TX 78261 |
| Stephen P. Ramsey<br>600 Meadowview Circle<br>Coppell, TX 75019 | William E. Cope<br>10309 Arcana Cove<br>Austin, TX 78730 |

| | |
|---|---|
| Qwest Business Services<br>P.O. Box 856169<br>Louisville, KY  40285-6169 | John J. Vasek<br>11111 Dawson Springs<br>Richmond, TX 77469 |
| Plaza Barton Oaks LLC<br>c/o GID Investment Advisors<br>125 High Street, 27th Floor<br>Boston, MA  02110 | Phillip G. Hord<br>6509 Brandford Ct.<br>Plano, TX  75093 |
| Cindy A. Lumsden<br>9017 Willow Springs Lane<br>Conroe, TX  77302 | Dinah K. Heilmann<br>3001 Greenshire Drive<br>Schertz, TX  78154 |
| Steven W. Sapio<br>2723 Kingsbury Park Lane<br>Spring, TX  77386 | LaPeer Properties, Inc.<br>c/o Cantex Realties, LLC<br>4245 N. Central Expressway, # 350<br>Dallas, TX  75205 |
| Constance J. Hauser<br>14531 Still Meadow<br>Houston, TX  77079 | West Surprise LLC<br>c/o Main Street Real Estate Advisors<br>11811 N. Tatum Blvd., Suite P-177<br>Phoenix, AZ  85028 |
| Koll/Per LLC<br>c/o Paul M. Weiser<br>Nemer Buchalter Nemer<br>16435 N. Scottsdale Rd., Suite 440<br>Scottsdale, AZ  85254 | Abdo A. Osman<br>Miriam M. Osman<br>c/o Browning Oberg Woods & Wilson<br>P. O. Box 20527<br>Phoenix, AZ  85036-0527 |
| SKO Brenner American<br>P. O. Box 9320<br>Baldwin, NY  11510 | Pitney Bowes Global Financial Services<br>P. O. Box 856460<br>Louisville, KY  40285-6460 |
| Taxpayer Services and Collections<br>Central Services Building<br>1711 San Jacinto Blvd., Suite 180<br>Austin, Texas 78701-1416 | Mike Geeslin, Commissioner<br>Texas Department of Insurance<br>P. O. Box 149104, MC 113-1C<br>Austin, TX 78714-2005<br>Fax:  512-475-2005 |
| Angel Garrett,<br>Conservator, United Title of Texas<br>Director, Rehabilitation & Liquidation<br>Texas Department of Insurance<br>P. O. Box 149104, MC305-1C<br>Austin, TX  78714-9104 | Monica L. Pinon<br>Staff Attorney, Financial Counsel<br>Texas Department of Insurance<br>P. O. Box 149104, MC 110-1A<br>Austin, TX 78714-9104 |

| | |
|---|---|
| Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>Attn: E. Stuart Phillips<br>P. O. Box 12548, MC-008<br>Austin, TX 78711-2548 | Burnie Burner<br>Mitchell, Williams<br>106 E. Sixth Street, Suite 300<br>Austin, TX 78701-3661 |
| Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>Attn: Abigail Ryan<br>P. O. Box 12548, MC-008<br>Austin, TX 78711-2548 | Business Music, Inc.<br>P. O. Box 2568<br>Amarillo, TX 79105 |
| Vef Two, LLC<br>c/o Harry Pascuzzi<br>2377 W. Shaw Avenue, #201<br>Fresno, CA 93711 | Windemere Capital LLC<br>c/o Stephen E. Carroll<br>5 River Park Place East<br>Fresno, CA 93720 |
| Winco, LLC<br>c/o Dietrich Glasrud Molleck & Aune<br>5250 N. Palm Avenue, Suite 402<br>Fresno, CA 93704 | DB Gateway Corporate, Inc.<br>c/o Charles M. Clark<br>Jackson DeMarco Tidus and Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Leo and Laura Wilson<br>c/o Dietrich Glasrud Molleck & Aune<br>5250 N. Palm Avenue, Suite 402<br>Fresno, CA 93704 | Carol and Francis Odinma<br>c/o C. Donald Amamgbo<br>Amamgbo & Associates<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621 |
| Carole Lee Seligmann<br>240 Northridge Drive<br>Scott Valley, CA 95066 | Sally Fujimoto<br>1731 Barry Avenue, Unit 118<br>Los Angeles, CA 90025 |
| Morrison Foerster<br>File No. 72497<br>P. O. Box 60000<br>San Francisco, CA 94160-2497 | First American Title Insurance Company<br>c/o Laurie Grushen<br>1 First American Way<br>Santa Ana, CA 92707 |
| Sally C. Marana<br>c/o Reuben L. Nocos<br>Nocos Law Firm<br>1900 S. Norfolk Street, Suite 350<br>San Mateo, CA 94403 | Guillermo and Angelica Altamirano<br>c/o Jeffrey Rowe<br>2440 W. Shaw Avenue, Suite 114<br>Fresno, CA 93711 |

| | |
|---|---|
| Jacqueline D. Ray<br>c/o Daniel R. Salas<br>401 West A Street, Suite 2220<br>San Diego, CA  92101 | Arden Realty Limited Partnership<br>c/o Patrick C. McGarrigle<br>McGarrigle Kenney & Zampiello<br>9600 Topanga Canyon Blvd., Suite 200<br>Chatworth, CA  91311 |
| Ocean Beach Investors LP<br>c/o Thomas S. Bosche<br>Bosche & Bosche<br>8001 Irvine Center Drive, Suite 400<br>Irvine, CA  92618 | Lenders First Choice Agency<br>1785 Voyager Avenue, Suite 100<br>Simi Valley, CA 93063 |
| The Sealy Companies<br>c/o Cooper Scully<br>900 Jackson Street, Suite 100<br>Dallas, TX  75202 | Vef One, LLC<br>c/o Harry Pascuzzi<br>2377 W. Shaw Avenue, Suite 201<br>Fresno, CA 93711 |
| Joe Salmons<br>4216 S. Dawson Street<br>Aurora, CO 80014 | Golden Plains Title Service<br>427 S. Boston Avenue, Suite 17A<br>Tulsa, OK 74103 |
| W.E.E. II<br>c/o Toni L. DiGiacobbe<br>4500 Brooktree Road, Suite 300<br>Wexford, PA 15090 | Balch & Bingham LLP<br>P.O. Box 306<br>Birmingham, AL 35201 |
| Teresa Mitchell<br>c/o Matthew E. Faler, Esq.<br>17330 Brookhurst St., Suite 240<br>Fountain Valley, CA  92708 | Paulette K. O'Donnell<br>103 Dogwood Lane<br>Pittsburgh, PA 15238 |
| Performance Credit Corporation<br>c/o Frederick A. Batson<br>Gleaves Swearingen Potter & Scott<br>975 Oak Street, Suite 800<br>Eugene, OR 97440 | Kania & Kania, P.A.<br>600 Centre Park Dr., #A<br>Asheville, NC 28805-1276 |
| Whittaker Corporation<br>c/o Michael Silander<br>Lemieux & O'Neill<br>2393 Townsgate Road, Suite 201<br>Westlake Village, CA 91361 | Morgan Lewis & Bockius<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004 |
| California Franchise Tax Board<br>3321 Power Inn Road, Suite 250<br>Sacramento, CA  95826-3893 | HUB Properties Trust<br>c/o Reit Management and Research, LLC<br>400 Centre Street<br>Newton, MA 02458 |

| | |
|---|---|
| Norman E. Gottschalk III<br>5 Pinebrook Drive<br>Cranberry TWP, PA 16066 | FEDEX ERS-371741<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 |
| Raymond Davison<br>17737 Sidwell St.<br>Granada Hills, CA 91344 | James E. Brady<br>606 Lincoln Ct.<br>Arlington, TX 76006 |
| Joseph A. Mowery<br>12071 Blackwell Way<br>Parker, CO 80138-8858 | Data Services<br>c/o SiteX-IDM<br>3100 New York Drive, Suite 100<br>Pasadena, CA 91107 |
| Cheryl Bronson<br>c/o Vonnah M. Bagner<br>2777 Alvarado St. Suite E<br>San Leandro, CA 94577 | Document Processing Solutions, Inc.<br>12440 E. Imperial Highway, Suite 135<br>Norwalk, CA 90650 |
| Atherton Partners, LLC<br>c/o Jeremy M. Jessup<br>Matheny Sears Linkert & Jaime LLP<br>3638 American River Drive<br>Sacramento, CA 95864 | John Marshall Collins<br>50 W. San Fernando Street, Suite 400<br>San Jose, CA 95113 |
| Jeanne Flynn Martin<br>3026 E. Hillcrest Avenue<br>Orange, CA 92867 | Explorer Insurance Company<br>c/o Law Offices of Todd F. Haines<br>60495 Canwood St., Suite 100<br>Agoura Hills, CA 91301 |
| Tina Meilinger<br>11379 Streeter Road<br>Auburn, CA 95602 | John P. Corrado<br>1990 Buell Court<br>Simi Valley, CA 93065 |
| Patrick S. O'Donnell<br>5637 Engle Road<br>Carmichael, CA 95608 | Lisa M. Steele<br>11990 Madi Lane<br>Herald, CA 95638 |
| Carin Bucklin<br>1501 Duck Hollow Court<br>Rescue, CA 95672 | Stacey J. Gilletti<br>8395 Hillgrove Street<br>Granite Bay, CA 95746 |
| Heather J. Moulden<br>866 Spotted Pony Lane<br>Rocklin, CA 95765 | Lynne Seta<br>19811 Stagg Street<br>Winnetka, CA 91306 |

| | |
|---|---|
| Lynda A. Noble<br>1836 Atwell Street<br>Roseville, CA  95747 | Tracy Smith<br>5608 Mingee Way<br>Elk Grove, CA  95757 |
| Nancy L. Geiger<br>P. O. Box 392<br>Rio Linda, CA  95673 | Kimberly A. Schumacher<br>8132 Deerfield Drive<br>Huntington Beach, CA  92646 |
| Jeffrey R. Nichwander<br>4576 Calle Argolla<br>Camarillo, CA  93012 | Antionette T. Rossetta<br>16465 Norlene Way<br>Grass Valley, CA  95949 |
| First American Title Insurance Co<br>One First American Way<br>c/o John Kennedy Graham<br>2801 E. Washington Street, #120<br>Phoenix, AZ  855034 | East Camelback Road, Inc.<br>c/o Robert N. Brier<br>Brier, Irish, Hubbard & Erhart, P.L.C.<br>2400 E. Arizona Biltmore Circle, #1300<br>Phoenix, AZ  85016 |
| S & B Cole, LLC<br>c/o Jeffrey B. Kuykendal<br>Gallagher and Kennedy, P.A.<br>2575 E. Camelback Road<br>Phoenix, AZ 85016 | Data Trace – 848217<br>P.O. Box 848217<br>Dallas, TX  75284 |
| John Chapman Olson<br>c/o Antonio Dominguez<br>Dominguez & Associates, P.C.<br>2323 N. Third Street, #100<br>Phoenix, AZ 85001 | Stapley Office, Inc.<br>P.O. Box 6149<br>Hicksville, NY  11802-6149 |
| Westwind Holdings LLC<br>P.O. Box 5713<br>Denver CO 80217-5713 | 2900 W. Ray Road<br>c/o Property Accounting Svcs.<br>PMB #445<br>428 E. Thunderbird Road<br>Phoenix, AZ 85022-5229 |
| Danny E. Sullivan<br>925 E. Waltann Lane<br>Phoenix, AZ 85022-3508 | Qwest – 856169<br>P.O. Box 856169<br>Louisville, KY |
| Parkway Fountains LLC<br>1702 E. Highland Ave., #210<br>Phoenix, AZ 85016 | Burt E. Fugate, Trustee<br>c/o Walter H. Gilbert<br>Almquist & Gilbert PC<br>10245 E. Via Linda, #106<br>Scottsdale, AZ  85258-5316 |

8948\12\1223823.1                                           10

| | |
|---|---|
| 4041 Central Plaza LLC<br>Younan Properties 4041 Central<br>P.O. Box 31001-1852<br>Pasadena, CA 91110-1852 | Muller-Granite Kierland LLC<br>3200 E. Camelback Road, #120<br>Phoenix, AZ 85018 |
| Madison Square Phoenix, LLC<br>c/o Paul M. Weiser<br>Buchalter Nemer<br>16435 N. Scottsdale Road, #440<br>Scottsdale, AZ 85254 | Leonardo Robles, Jr.<br>6026 S. Jakemp Trail<br>Tucson, AZ 85747-6001 |
| Susan M. Lockhart<br>1535 W. Winter Drive<br>Phoenix, AZ 85021-7165 | Joe M. Dunnigan<br>2425 E. Rosemonte Drive<br>Phoenix, AZ 85050-3110 |
| Title Plant Corporation<br>6424 E. Tanque Verde, Suite #D<br>Tucson, AZ 85715 | Qwest<br>P. O. Box 29025<br>Phoenix, AZ 85038-9025 |
| Charles R. and Tammy Freeman<br>Robert Castelluccio<br>c/o The Sorenson Law Firm LLC<br>950 W. Elliot Road, Suite 226<br>Tempe, AZ 85284 | Jerry Swift<br>c/o Robert Blakey, Jr. PC<br>P. O. Box 4161<br>Prescott, AZ 86302 |
| Creditwatch<br>P. O. Box 156269<br>Fort Worth, TX 76155-1269 | Achilles<br>1331 E. 16th Street<br>Tucson, AZ 85719 |
| Recall Secure Destruction Services<br>P. O. Box 932726<br>Atlanta, GA 31193-2726 | Phoenix Pest & Termite Control<br>P. O. Box 11067<br>Phoenix, AZ 85061 |
| Gilbert M. Santa Cruz<br>c/o Jonathan W. Reich PC<br>7049 E. Tanque Verde Road, Suite 17<br>Tucson, AZ 85715 | Philip G. Vermont<br>Randick O'Dea & Tooliatos, LLP<br>5000 Hopyard Road, Suite 400<br>Pleasanton, CA 94588 |
| James B. Holden<br>Colorado Attorney General's Office<br>1525 Sherman Street, 7th Floor<br>Denver, CO 80203 | Michael W. Malter<br>Julie H. Rome-Banks<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

| | |
|---|---|
| Brent Cohen<br>1200 – 17th Street, Suite 3000<br>Denver, CO  80202 | Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Rep.<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street – Room 203<br>Reading, PA  19602-1184 |
| Kathleen A Odle<br>633 – 17th Street, Suite 3000<br>Denver, CO  80202 | Tracy Green<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 |
| E. Dwight Taylor<br>2851 S. Parker Rd.<br>Ste. 1200<br>Aurora, CO 80014 | Richard L. Ferrell<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957 |
| Financialshop.com LTD<br>Ken Hughes<br>4880 Long Prairie Rd, Suite 100<br>Flower Mound, TX 75028 | Property Info<br>P. O. Box 974587<br>Dallas, TX  75397-4587 |
| Bandera Trails<br>12426 W. Explorer Dr., Suite 100<br>Boise, ID 83713 | City of Tucson<br>P. O. Box 28804<br>Tucson, AZ  85726-8804 |
| Patrick J. McDonald<br>895 Island Park Drive, Suite 202<br>Charleston, SC  29492 | Isaac Fonseca<br>c/o Jeffrey D. Rowe<br>2440 West Shaw Avenue, Suite 114<br>Fresno, CA |
| David G. Aelvoet<br>Linebarger Goggan Blair & Sampson<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Brian D. Woman<br>Womac & Associates<br>Two Memorial City Plaza<br>820 Gessner, Suite 1540<br>Houston, TX  77024 |
| R. Brent Cooper<br>Cooper & Scully<br>Founders Square<br>900 Jackson Street, Suite 100<br>Dallas, TX  75202 | Nancy Hotchkiss, Esq.<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA  95825 |
| Frank J. Fox, Esq.<br>Majors & Fox, LLP<br>401 West "A" Street, Suite 2350<br>San Diego, CA  92101 | Title Plant Corporation<br>c/o Martin Thomas<br>6390 E. Tanque Verde Road<br>Tucson, AZ  85715 |

/s Dean C. Stalnaker