UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Michael E. Romero

In re:                                )
                                      ) Case No. 08-23125 MER
MERCURY COMPANIES, INC.,              )
                                      ) Chapter 11
          Debtor.                     )

ORDER APPROVING DISCLOSURE STATEMENT
AND SETTING CONFIRMATION HEARING

THIS MATTER comes before the Court for consideration of the adequacy of the Disclosure Statement (Disclosure Statement), in support of the Chapter 11 Plan of Mercury Companies, Inc. Dated July 14, 2010 (Plan) filed by the Debtor ("Plan Proponent").  Adequate notice was given and no objections were made, other than objections which have been withdrawn.  The Court

**FINDS** that the Disclosure Statement contains adequate information pursuant to 11 U.S.C. § 1125.

**IT IS THEREFORE ORDERED** that the Disclosure Statement is **APPROVED.**

**IT IS FURTHER ORDERED** that:

1. The Plan Proponent and all parties in interest may now solicit acceptance or rejection of the Plan pursuant to 11 U.S.C. § 1125.

2. On or before **October 20, 2010,** the Plan Proponent shall transmit by mail to all creditors and parties in interest whose votes are to be solicited, the Plan and Disclosure Statement, a copy of this Order and a Ballot for Voting on the Plan. Plan Proponent shall transmit the same documents, excluding the ballot, to the United States Trustee.  At least ten (10) days prior to the Confirmation Hearing, the Plan Proponent shall file a certificate of service.

3. Ballots accepting or rejecting the Plan must be submitted by the holders of all claims or interests on or before **5:00 p.m. on November 16, 2010,** to Plan Proponent's counsel**, Brownstein Hyatt Farber Schreck, LLP at 410 17th Street, Suite 2200, Denver, Colorado  80202.**

4. On or before **November 16, 2010**, any objection to confirmation of the Plan shall be filed with the Court and a copy served on the Plan Proponent's counsel.

5. A hearing for consideration of confirmation of the Plan and such objections (confirmation hearing) is set for **Tuesday, November 30, 2010, at 9:30 a.m.** before

the undersigned Judge in the United States Bankruptcy Court for the District of Colorado, Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado.

If the hearing involves a contested factual issue, the parties shall file and exchange witness and exhibit lists three (3) business days prior to the hearing.[1] **Do not file the actual exhibits unless otherwise directed by the Court.** The parties are limited in the presentation of documentary evidence and witnesses at the hearing to the documents exchanged and witnesses specifically identified, excluding rebuttal exhibits and witnesses. At the start of the hearing, each party shall provide three (3) copies of all exhibits to the Law Clerk or Courtroom Deputy. Two (2) copies are for the Court and one (1) copy is for the witness. The original exhibits are to be used by the witness. Exhibits should be placed in a binder and should be labeled and indexed as set forth on the Court's website, located at www.cob.uscourts.gov.

6. No later than three days prior to the confirmation hearing the Plan Proponent shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim.

7. if the Plan Proponent proposes to further amend or modify the Plan in response to any objection, at least 5 days prior to the confirmation hearing the Plan Proponent shall file with the Court and serve on all objecting parties a response which specifically identifies any amendments(s) made in response to an objection. To such response, the Plan Proponent shall attach a red-line copy of the Plan reflecting such amendments.

8. A bar date of January 30, 2009, has previously been set for filing proofs of claims herein.

**IT IS FURTHER ORDERED** that the hearing on the confirmation of the Plan may be continued from time to time by order made in open court without other written notice to any parties in interest.

Dated September 7, 2010

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge

---

[1] NOTE: Expert witnesses must be identified.