UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>MERCURY COMPANIES, INC., ET AL<br><br>Debtors. | Bankruptcy Case Nos. 08-23125<br><br>Jointly Administered Under<br>Case No. 08-23125 MER<br><br>Chapter 11 |

## NOTICE OF FILING AMENDMENT TO CHAPTER 11 PLAN OF MERCURY COMPANIES, INC.

Mercury Companies, Inc. ("Mercury"), hereby files its amendment to the Chapter 11 Plan of Mercury Companies, Inc., dated July 14, 2010 (the "Plan"). In support thereof, Mercury states as follows:

1. Mercury filed its Plan and accompanying Disclosure Statement on July 14, 2010. The Plan as originally presented provides that Mercury will pay its administrative expenses and priority claims in full, surrender any pledged collateral to properly presented secured creditors, and set $25 million in cash aside for distribution to unsecured creditors on a pro rata basis. The $25 million is comprised of the cash Mercury received from the orderly liquidation of its assets, and a $17 million tax refund Mercury's estate received post-petition (the "Tax Refund").

2. This Court approved the Disclosure Statement on September 7, 2010, and set a confirmation hearing for November 30, 2010, at 9:30 a.m., which hearing was recently vacated.

3. Mercury solicited acceptances of the Plan by sending a solicitation package to Mercury's creditors. The deadline within which creditors were required to vote to accept or reject the Plan expired on November 16, 2010.

4. The Internal Revenue Service recently informed Mercury that it is conducting an audit with respect to the Tax Refund.

5. Although Mercury believes that the Tax Refund was properly calculated and will ultimately be retained by the estate, there is no guaranty that Mercury will retain the entire amount of the Tax Refund, and it is unclear how long it will take for a resolution of the matter. Mercury does not want the IRS audit to delay confirmation of the Plan or payment of an initial distribution to Mercury's creditors.

6.     Accordingly, Mercury has modified the Plan to reduce the initial distribution to unsecured creditors so that it will still have sufficient funds held in reserve for the re-payment of all or a portion of the Tax Refund. A copy of the Amendment to the Chapter 11 Plan of Mercury Companies, Inc., dated November 23, 2010, incorporating this change, is attached hereto as Exhibit A.

DATED: November 24, 2010.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

_s/Daniel J. Garfield_
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
mpankow@bhfs.com
dgarfield@bhfs.com

*Attorneys for Mercury Companies, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>MERCURY COMPANIES, INC.<br><br>Debtor. | Bankruptcy Case No. 08-23125<br><br>Chapter 11 |

**AMENDMENT TO CHAPTER 11 PLAN OF MERCURY COMPANIES, INC.**

Dated: November 23, 2010

Michael J. Pankow
Daniel J. Garfield
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111

**Attorneys for the Debtor**

EXHIBIT A

8948\7\1471939.2

Sections 5.03(a) and (c) are amended to read as follows:

    5.03 **Class 3: General Unsecured Claims**. The Class 3 Unsecured Claims shall receive cash distributions as follows:

    a. Upon the Effective Date, the Debtor shall create and fund the Class 3 Dividend Fund in the aggregate amount of $9 million from Cash held by the Debtor. The Debtor shall begin Distribution of the Class 3 Dividend Fund on or before 28 days after the Effective Date. Holders of Allowed Class 3 Claims shall receive their pro rata share of the Class 3 Dividend Fund based upon the total amount of all Allowed and Disputed Class 3 Claims pending at the time of such initial Distribution. No Distribution from the Class 3 Dividend Fund shall be made in respect of any Disputed Class 3 Claim. The pro rata portion of the Class 3 Dividend Fund applicable to each Disputed Class 3 Claim shall be withheld and remain in the fund until such Claim becomes an Allowed Claim or is Disallowed. The pro rata portion of the Class 3 Dividend Fund withheld in respect of any Disputed Class 3 Claim which is subsequently Disallowed shall be distributed on Allowed Class 3 Claims as provided in Section 5.03b of this Plan.

    c. The Debtor shall from time to time deposit additional amounts into the Class 3 Dividend Fund. The determination of when to add additional amounts to the Class 3 Dividend Fund shall be made in the discretion of the Debtor after retaining sufficient funds for future operations and administration, including the funding of any post-Effective Date litigation, provided, however, that that once the audit is completed and the IRS makes a final determination regarding the tax refund Mercury received after it filed for bankruptcy protection (the "Tax Refund"), Mercury shall promptly deposit the Tax Refund, less any amounts required to be repaid in respect of the Tax Refund, into the Class 3 Dividend Fund until deposits into the Dividend Fund total $25 million, including the $9 million set forth in Section 5.03a above. Additional amounts deposited into the Class 3 Dividend Fund shall be distributed or withheld in the same manner as described above for the initial deposit into the Class 3 Dividend Fund.

November 23, 2010

           **MERCURY COMPANIES, INC.**
           Debtor and Debtor-in-Possession

           By:   *s/Tom H. Connolly*
           Title: Chief Executive Officer

APPROVED AS TO FORM:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By:   *s/Michael J. Pankow*
      Michael J. Pankow, Esq.
      Daniel J. Garfield, Esq.
      410 17th Street, Suite 2200
      Denver, CO 80202
      Phone: (303) 223-1100
      Fax: (303) 223-1111
      Email: mpankow@bhfs.com
      Email: dgarfield@bhfs.com

**Attorneys for the Debtor**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2010, a true and correct copy of the foregoing **NOTICE OF FILING AMENDMENT TO CHAPTER 11 PLAN OF MERCURY COMPANIES, INC.** was placed in the U.S. Mail, postage prepaid, and addressed to the following:

| | |
|---|---|
| Leo Weiss | Lars Fuller |
| Office of the U.S. Trustee | Baker & Hostetler LLP |
| 999 18th Street, Suite 1551 | 303 E. 17th Ave., Suite 1100 |
| Denver, CO 80202 | Denver, Colorado 80203-1264 |

*s/Connie Windholz*