UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>MERCURY COMPANIES, INC.<br><br>Debtor. | Bankruptcy Case No. 08-23125<br><br>Chapter 11 |

SECOND AMENDMENT TO CHAPTER 11 PLAN
OF MERCURY COMPANIES, INC.

Dated: December 10, 2010

Michael J. Pankow
Daniel J. Garfield
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111

**Attorneys for the Debtor**

Sections 3.02, 8.08, and 9.01 are amended to read as follows:

    3.02. **Tax Claims**. Except to the extent any entity entitled to payment of any Allowed Tax Claim has received payment on account of such Claim prior to the Effective Date, each Holder of an Allowed Tax Claim shall be paid in full by the date that is twenty-eight (28) days after the Effective Date. With respect to the Texas Comptroller of Public Accounts, interest shall be determined as of the month in which the Plan is confirmed at the rate established under appropriate nonbankruptcy law and shall accrue on any Allowed unpaid Tax Claim from the Effective Date.

    8.08 **Preservation of Setoff Rights**. On and after the Effective Date, rights of setoff pursuant to Bankruptcy Code § 553 shall be preserved. After the Effective Date, such setoff may be exercised pursuant to agreement of the Debtor and the affected Creditor, and any disputes regarding the right of setoff shall be determined upon motion before the Bankruptcy Court. Notwithstanding the foregoing sentence, with respect to the Texas Comptroller of Public Accounts, its timely assertion of its setoff rights preserves any such rights to the extent they exist under nonbankruptcy law, and Bankruptcy Code § 553 and those rights are unaffected by the Plan or Confirmation.

    9.01 **Formation of Post Confirmation Committee**. The Post Confirmation Committee shall be formed on or before the Effective Date and shall initially consist of no fewer than three members of the Creditors' Committee who wish to serve. The Post Confirmation Committee shall at all times be composed of no fewer than three members who are Holders of Allowed Class 3 Claims who shall be designated in a pleading filed by the Creditors' Committee. Vacancies on the Post Confirmation Committee shall be filled by majority vote of the remaining members of the Post Confirmation Committee within 30 days of such vacancy. The duties of the Post Confirmation Committee shall include monitoring the post-Confirmation actions of the Debtor and making recommendations where appropriate. The Post Confirmation Committee shall have the authority to: (i) object to any settlement of a Claim or Cause of Action when the proposed settlement amount is above $50,000; (ii) petition the Bankruptcy Court to enforce any term of the Plan; and (iii) review the retention and payment by the Debtor of professionals. The Debtor shall provide to the Post Confirmation Committee information regarding its activities and the Estate from time to time as agreed upon by the Debtor and the Post Confirmation Committee. The Post Confirmation Committee shall expire and terminate upon the earlier of payment in full of the Class 3 General Unsecured Claims, entry of a final decree closing the Chapter 11 Case, or failure of the Post Confirmation Committee to have at least three members upon expiration of the time provided herein to fill a vacancy. The Post Confirmation Committee may, in connection with the performance of its functions, retain its own counsel and other professionals, whose reasonable fees and expenses shall be paid by the Debtor. Any disputes regarding fees and expenses of Post Committee Counsel may be resolved by the Bankruptcy Court.

December 10, 2010

          **MERCURY COMPANIES, INC.**
          Debtor and Debtor-in-Possession

          By: *s/Tom H. Connolly*
          Title: Chief Executive Officer

APPROVED AS TO FORM:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: *s/Daniel J. Garfield*
    Michael J. Pankow, Esq.
    Daniel J. Garfield, Esq.
    410 17th Street, Suite 2200
    Denver, CO 80202
    Phone: (303) 223-1100
    Fax: (303) 223-1111
    Email: mpankow@bhfs.com
    Email: dgarfield@bhfs.com

**Attorneys for the Debtor**